AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Brandon Lafon Robinson | ) Case No: 4:09-cr-00073-TLW |
|  | ) USM No: 17100-171 |
| Date of Original Judgment: 04/06/2010 | ) |
| Date of Previous Amended Judgment: 06/06/2012 | ) Michael A. Meetze |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the Chapter Four enhancements override Chapter Two.

Defendant is a career offender.

Except as otherwise provided, all provisions of the judgment dated 06/06/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/16/2015                             s/ Terry L. Wooten
                                                                     *Judge's signature*

Effective Date: _____                Terry L. Wooten, Chief United States District Judge
*(if different from order date)*                        *Printed name and title*